IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LUCAS L. THOMPSON                                                    PLAINTIFF

v.                              No. 4:22-cv-1207-DPM

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility and
MARK GOBER, Sheriff, Drew County                                    DEFENDANTS

## JUDGMENT

Thompson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2023